**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DRYWALL TAPERS AND PAINTERS OF GREATER NEW YORK LOCAL UNION 1974, etc.,

|  |  |
|---|---|
| Petitioner, | 26 **CIVIL** 2142 (LAK) |
| -against- | **JUDGMENT** |
| TOPROCK INTERIORS, INC., | |
| Respondent. | |

------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated April 28, 2026, the petition is granted in all respects, and the underlying arbitration award is confirmed. Accordingly, judgment is entered in favor of petitioner and against respondent in the amount of $3,000.

**Dated**: New York, New York
     April 30, 2026

          **TAMMI M. HELLWIG**
          _____
            **Clerk of Court**

**BY:** _____
            **Deputy Clerk**